```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/17/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOREEN BOFFA, as Parent and Natural Guardian of A.M. and NOREEN BOFFA, Individually,

                Plaintiff,

-against-

DAVID C. BANKS, in his Official Capacity as Chancellor of the New York City Department of Education and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

23 Civ. 7596 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated January 5, 7, and 16, 2024. *See* ECF Nos. 24–25, 28–29. Accordingly:

1. Plaintiff's request to file a motion for summary judgment is GRANTED;
2. Defendants' request to file a motion for summary judgment is GRANTED;
3. By **February 14, 2024**, Plaintiff shall file her motion for summary judgment and any supporting papers, including her statement of material facts pursuant to Local Civil Rule 56.1;
4. By **March 13, 2024**, Defendants shall file their cross-motion for summary judgment, opposition papers to Plaintiff's motion, and any supporting papers, including their statement of material facts pursuant to Local Civil Rule 56.1;
5. By **April 3, 2024**, Plaintiff shall file her opposition papers to Defendants' cross-motion and her reply, if any;
6. By **April 17, 2024**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: January 17, 2024
         New York, New York

                                                  ANALISA TORRES
                                       United States District Judge