```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/18/2025
```



**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Teszler**
*Assistant Corporation Counsel*
Office: (212) 356-1652

February 14, 2025

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Boffa, et al. v. N.Y.C. Dep't of Educ., et al.*, 23-cv-7596 (AT)

Dear Judge Torres:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

I write, jointly with Plaintiff, to respectfully request an extension of time from today, February 14, 2025 (*see* ECF No. 54) to Tuesday, February 18, 2025, for the parties to file a proposed judgment in accordance with the Court's January 29, 2025 Opinion and Order. This is the parties' first request for an extension of time to file the proposed judgment. The parties make this request on the grounds that, while they have exchanged drafts of a proposed judgment, they require additional time to confer regarding language that is mutually agreeable to the parties.

In light of the foregoing, the parties respectfully request that the deadline to file a proposed judgment be extended to February 18, 2025.

The parties thank the Court for considering this request.

Respectfully submitted,

 */s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc:   All counsel of record (via ECF)

GRANTED.

SO ORDERED.

Dated:  February 18, 2025
        New York, New York

ANALISA TORRES
United States District Judge